DANIEL J. BRODERICK, #89424
Federal Defender
LAUREN CUSICK, Bar #257570
Assistant Federal Defender
Designated Counsel for Service
CRISTINA PENA
Certified Student Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
MARLENE ARCEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-cr-00282 KJN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JURY TRIAL |
| v. | |
| MARLENE ARCEO, | Date: September 28, 2010 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, MARLENE ARCEO, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the trial confirmation hearing set for Wednesday, August 11, 2010 and the jury trial set for September 7, 2010, be vacated and set for trial confirmation hearing on Tuesday, September 14, 2010 at 2:00 PM, and the jury trial be set for Tuesday, September 28, 2010 at 9:00 AM.

1     The parties agree that the ends of justice served by granting
2 defendant's request for a continuance outweigh the best interest of the
3 public and the defendant in a speedy trial because the defense requires
4 more time to fully investigate the facts alleged against Ms. Arceo to
5 prepare her defense or negotiate a resolution. 18 U.S.C. §
6 3161(h)(7)(A).

7     The parties stipulate that for the purpose of computing time under
8 the Speedy Trial Act, the Court should exclude time from the date of
9 this order until September 28, 2010, under 18 U.S.C. §
10 3161(h)(7)(B)(iv) [Local Code T4].

11
DATED: August 10, 2010                  Respectfully submitted,
12                                       DANIEL J. BRODERICK
                                        Federal Defender
13

14                                      /s/ Lauren D. Cusick
                                        LAUREN D. CUSICK
15                                      Assistant Federal Defender
                                        Attorney for Defendant
16                                      MARLENE ARCEO

17

18 DATED: August 10, 2010                BENJAMIN B. WAGNER
                                        United States Attorney
19

20                                      /s/ Matthew Stegman
                                        MATTHEW STEGMAN
21                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
22

23                         **O R D E R**

24     **IT IS SO ORDERED.**

25 DATED: August 10, 2010

26                                      /s/ Kendall J. Newman
                                        HON. KENDALL J. NEWMAN
27                                      United States Magistrate Judge

28

-2-