```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  LAUREN CUSICK, Bar #257570
    Assistant Federal Defender
 3  Designated Counsel for Service
    DAVID SNAPP AND TIMOTHY KELLY
 4  Certified Student Attorneys
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  MARLENE ARCEO

 9
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-cr-00282 KJN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) JURY TRIAL |
| v. | ) |
| MARLENE ARCEO, | ) |
| Defendant. | ) Date: October 18, 2010 |
| | ) Time: 9 A.M. |
| | ) Judge: Hon. Kendall J. Newman |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant U.S. Attorney, and defendant, MARLENE ARCEO, by and through her counsel, Lauren Cusick, Assistant Federal Defender, that the trial confirmation hearing set for September 14, 2010 and the jury trial set for September 28, 2010, be vacated and set for trial confirmation hearing on Wednesday, September 29, 2010 at 10:00 a.m., and the jury trial be set for Monday, October 18, 2010 at 9:00 a.m.

1    The parties agree that the ends of justice served by granting
2 defendant's request for a continuance outweigh the best interest of the
3 public and the defendant in a speedy trial because the defense requires
4 more time to fully investigate the facts alleged against Mrs. Arceo to
5 prepare her defense or negotiate a resolution. 18 U.S.C. §
6 3161(h)(7)(A).

7    The parties stipulate that for the purpose of computing time under
8 the Speedy Trial Act, the Court should exclude time from the date of
9 this order until October 18, 2010, under 18 U.S.C. § 3161(h)(7)(B)(iv)
10 [Local Code T4].

DATED: September 13, 2010        Respectfully submitted,
                                 DANIEL J. BRODERICK
                                 Federal Defender

                                 /s/ Lauren D. Cusick
                                 LAUREN D. CUSICK
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 MARLENE ARCEO

DATED: September 13, 2010        BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ Matthew Stegman
                                 MATTHEW STEGMAN
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**

DATED: September 13, 2010.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE